# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00586-CV

**In re Williamson County, Honorable John Christian Doerfler, Honorable Suzanne Brooks, Honorable Tim Wright, Honorable Donald Higginbotham, and Honorable William Thomas Eastes, in their official capacities**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relators filed a petition for writs of mandamus, prohibition, and injunction, as well as a motion for emergency stay complaining of the district court's failure to rule on their plea to the jurisdiction and seeking to stay a class certification hearing set for October 4 at 9:00 a.m. Their request for an emergency stay became moot at the October 4 hearing when the district court denied their plea to the jurisdiction and stayed the underlying proceedings pending interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2006). Relators now request that this Court dismiss their petition for writs of mandamus, injunction, and prohibition.

The petition is, accordingly, dismissed. *See* Tex. R. App. P. 42.1.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed: October 20, 2006